UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 06-10952 |
| $48,000 U.S. CURRENCY | * | SECTION: "D"(2) |

## ORDER AND REASONS

Before the court is the **Request for Reconsideration of the Court's Order Granting the Government's Motion to Strike (Doc. No. 21)** filed by Respondents, Keenan Robinson and Larry Martin.  The Government filed a memorandum in response.  The motion was set for hearing on Wednesday, June 20, 2007, on which date the court heard oral argument from counsel, at the request of Respondents.

Having considered the memoranda and argument of counsel, the record, and the applicable law, the court finds that Respondents offered no new argument or facts that the court did not already consider when it granted the Government's Motion to Strike Answer of Claimant Larry Martin and Motion to Strike Claims of Claimants Keenan Robinson and Larry Martin.  (*See* Order and Reasons, Doc. No. 20).  Accordingly;

**IT IS ORDERED** that the **Request for Reconsideration of the Court's Order Granting the Government's Motion to Strike (Doc. No. 21)** filed by Respondents, Keenan Robinson and Larry Martin, be and is hereby **DENIED.**

New Orleans, Louisiana, this **20th** day of **June**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE